IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY ALLEN,** | : | **CIVIL NO. 1:14-CV-2471** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **JOHN WETZEL,** *et al.*,, | : | |
| | : | |
| **Defendants** | : | |

# ORDER

AND NOW, this 14th day of January, 2015, upon consideration of plaintiff's complaint (Doc. 1), it is hereby ORDERED that:

1. The motion to proceed *in forma pauperis* (Doc. 2) is construed as a motion to proceed without full prepayment of fees and costs and is GRANTED.

2. Plaintiff shall FILE an amended complaint on or before February 13, 2015.

3. The amended complaint shall contain the same case number that is presently assigned to this action, 1:14-CV-2471, and shall be direct, concise, and shall stand alone without reference to any other document filed in this matter. See FED. R. CIV. P. 8(d).

4. Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims will be considered a failure to comply with an order of Court and will result in dismissal of the complaint. See FED. R. CIV. P. 20.

                                                  /S/ CHRISTOPHER C. CONNER
                                                  Christopher C. Conner, Chief Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania