# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY ALLEN,** | : | **CIVIL NO. 1:14-CV-2471** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **JOHN WETZEL**, *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 30th day of June, 2016, upon consideration of defendants' motion (Doc. 28) to dismiss, and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. Defendants' motion (Doc. 28) is GRANTED.

2. Plaintiff's second amended complaint (Doc. 21) is dismissed in its entirety.

3. The Clerk of Court is directed to CLOSE this action.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania